

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2020

No. 04-19-00688-CV

Marissa **PETERSON,**
Appellant

v.

**HEB GROCERY CO., L.P.,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19610
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Irene Rios, Justice

Appellee's motion for rehearing is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court